11/17/2021 8:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59273964
By: Rhonda Momon
Filed: 11/17/2021 8:49 PM

# 2021-75587 / Court: 133

CAUSE NO.:_____

| | | |
|---|---|---|
| SHARON YASIN, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| METRO TRANSIT AUTHORITY OF | § | |
| HARRIS COUNTY and | § | |
| FIRST TRANSIT, INC., | § | |
| | § | |
| *Defendants.* | § | ____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND RULE 193.7 NOTICE

COMES NOW Sharon Yasin and files Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice complaining of Metropolitan Transit Authority of Harris Count and First Transit, Inc. In support thereof, Plaintiff respectfully shows the Court as follows:

### I. DISCOVERY CONTROL PLAN

1.1     Pursuant to Texas Rule of Civil Procedure 190.3, Plaintiff intends to conduct discovery in this case under a Level 2 Discovery Control Plan.

### II. PARTIES

2.1     Plaintiff, Sharin Yasin, is a resident citizen of Harris County, Texas.

2.2     Defendant, Metropolitan Transit Authority of Harris County, is a domestic company incorporated in and/or having its principal place of business in the State of Texas. Defendant may be served with process by serving its registered agent **Thomas Lambert, Executive Office, 1900 Main Street, Suite 14, Houston, Texas 77002**.

2.3     Defendant, First Transit, Inc., is a foreign corporation authorized to do business in Texas and may be served with process through its registered agent: **C T Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201**.

Certified Document Number: 99013244 - Page 1 of 8

### III. Jurisdiction & Venue

3.1      The Court has jurisdiction over this case because the damages to Plaintiff are within the Court's jurisdictional limits. The Plaintiff seeks only monetary relief within jurisdictional limits of the Court, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

3.2      All, or a substantial part, of the events or omissions giving rise to this lawsuit occurred in Harris County, Texas. Venue is therefore proper consistent with sections 15.001 and 15.002(a)(1) of the Texas Civil Practice & Remedies Code.

3.3      Plaintiff has satisfied all conditions precedent to the filing of this suit.

3.4      Nothing that Plaintiff did, or did not do, caused or contributed to the occurrence giving rise to this lawsuit.

### IV. Facts

4.1      Plaintiff is paraplegic female who relies on public transportation to get around Houston.

4.2      On or about May 13, 2020, Ms. Yasin boarded bus #5822, route 28 on Scott Road when her wheelchair flipped over twice due to her wheelchair being improperly restrained while the bus was moving prior to her exit location around the Veteran hospital vicinity. Immediately after the fall, Ms. Yasin experienced excruciating backaches and pain radiating throughout her body.

### V. Count 1 - Negligence (METRO)

5.1      The incident made the basis of this lawsuit resulted from the improper conduct of Defendant. Defendant had a duty to behave as a person of ordinary prudence would have under the same or similar circumstances. Defendant's conduct constituted negligence as that term is

Certified Document Number: 99013244 - Page 2 of 8

understood in the law and such negligent conduct was a proximate cause of the occurrence, injuries, and damages to Plaintiff now made the basis of this suit.

a.  Failing to maintain a lookout, as a person of ordinary prudence would have maintained under the same or similar circumstances.

b.  Failing to maintain a proper lookout.

c.  Failing to timely apply the brakes to the vehicle in order to avoid the collision in question, as a person of ordinary prudence would have done under the same or similar circumstances.

d.  Failing to control the vehicle, as a person of ordinary prudence would have maintained under the same or similar circumstance.

e.  Failing to bring the vehicle to a stop in order to avoid the collision made the basis of this suit.

f.  Failing to turn the steering wheel or take any other evasive action to avoid the collision made the basis of this suit.

g.  Failing to properly train its drivers regarding the operation of its vehicles.

h.  Failing to properly train its employees to properly restrain disabled passengers.

i.  Failing to properly restrain a disabled passenger.

j.  Failing to maintain in a reasonably safe condition the mechanisms to properly restrain disabled passengers.

k.  All other violations of the Metropolitan Transit Authority policies and procedures, and/or any other rule, regulation or law based on Defendant's acts or omissions will be used by Plaintiff as negligence causes of action at time of trial, including, but not limited to, other acts of negligence and/or negligence per se not specifically enumerated above.

## VI. COUNT 2 - NEGLIGENCE (FIRST TRANSIT)

6.1  The incident made the basis of this lawsuit resulted from the improper conduct of Defendant. Defendant had a duty to behave as a person of ordinary prudence would have under the same or similar circumstances. Defendant's conduct constituted negligence as that term is understood in the law and such negligent conduct was a proximate cause of the occurrence,

Certified Document Number: 99013244 - Page 3 of 8

injuries, and damages to Plaintiff now made the basis of this suit. Defendant's acts of negligence include, but are not limited to, the following:

a.   Failing to maintain a lookout, as a person of ordinary prudence would have maintained under the same or similar circumstances.

b.   Failing to maintain a proper lookout.

c.   Failing to timely apply the brakes to the vehicle in order to avoid the collision in question, as a person of ordinary prudence would have done under the same or similar circumstances.

d.   Failing to control the vehicle, as a person of ordinary prudence would have maintained under the same or similar circumstance.

e.   Failing to bring the vehicle to a stop in order to avoid the collision made the basis of this suit.

f.   Failing to turn the steering wheel or take any other evasive action to avoid the collision made the basis of this suit.

g.   Failing to properly train its drivers regarding the operation of its vehicles.

h.   Failing to properly train its employees to properly restrain disabled passengers.

i.   Failing to properly restrain a disabled passenger.

j.   Failing to maintain in a reasonably safe condition the mechanisms to properly restrain disabled passengers.

k.   All other violations of the Metropolitan Transit Authority policies and procedures, and/or any other rule, regulation or law based on Defendant's acts or omissions will be used by Plaintiff as negligence causes of action at time of trial, including, but not limited to, other acts of negligence and/or negligence per se not specifically enumerated above.

## VII. VICAROUS LIABILITY

7.1   In the alternative, Plaintiff will show that a principle can be held vicariously liable for the acts of its agents who are acting outside the scope of their authority, and for the acts of their non-agents out as having authority to act on their behalf, Defendants knowingly permitted their agents or non-agents to hold themselves out as having authority, and/or Defendant acted with such

Certified Document Number: 99013244 - Page 4 of 8

lack of ordinary care as to clothe the agent or non-agent with the indicia of authority to act on the Defendants' behalf and Plaintiff justifiably relied on the agent or non-agents' authority.

## VIII. GROSS NEGLIGENCE

8.1     Defendants' actions constitute gross negligence. When viewed objectively from the standpoint of Defendants at the time of the occurrence, such acts and/or omissions involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Further, Defendants had actual, subjective awareness of the risk involved but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others including Plaintiff.

## IX. DAMAGES

9.1     As a result of the incident made the basis of this lawsuit described in the preceding paragraphs, and as a direct and proximate result of Defendant's negligence, Plaintiff suffered serious and debilitating injuries in the past and will in all reasonable probability sustain additional damages in the future.

9.2     Plaintiff respectfully prays that the trier-of-fact determine the amount of her damages and losses incurred in the past and the damages and losses she is likely to incur in the future. Upon such determination, Plaintiff further prays that the jury issue a monetary award as compensation for these damages, which should include, but not be limited to, compensation for Plaintiff's:

     a.     past, present, and future physical pain;

     b.     past, present, and future mental anguish and suffering;

     c.     past, present, and future lost wages and lost earning capacity;

     d.     past, present, and future physical impairment;

     e.     past, present, and future disfigurement;

Certified Document Number: 99013244 - Page 5 of 8

f.     past, present, and future inconvenience;

g.     past, present, and future medical care expenses; and

h.     past, present, and future out-of-pocket economic losses.

9.3     Because of all the above and foregoing, Plaintiff has suffered actual damages in excess of the minimum jurisdictional limits of the Court.

9.4     Plaintiff seeks prejudgment and post-judgment interest as allowed by law, all costs of court, and any and all other and additional relief, whether general or special, at law or in equity, to which she may show herself justly entitled.

## X. JURY DEMAND

10.1     Plaintiff hereby requests and respectfully demands a trial by jury as allowed pursuant to Texas Rule of Civil Procedure 216.

## XI. RULE 193.7 NOTICE

11.1     Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against him during any pretrial proceeding and/or at trial without the necessity of authenticating the documents as permitted by Texas Rule of Civil Procedure 193.7.

## CONCLUSION & PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited in terms of law to appear and answer herein, and that upon final trial and a hearing hereof, Plaintiff recover damages in accordance with the evidence including, but not limited to, prejudgment and post-judgment interest, costs of court, and any and all other and further relief, whether general or special, at law or in equity, to which Plaintiff may show herself justly entitled.

Certified Document Number: 99013244 - Page 6 of 8

Respectfully submitted,

**LAW OFFICES OF WILLIE D. POWELLS, III
AND ASSOCIATES, PLLC**

By: _____
    Willie D. Powells, III
    Texas Bar No.: 24053427
    Daniel K. Dinneen
    Texas Bar No.: 24059684
    One Arena Place
    7322 S.W. Fwy, Suite 2010
    Houston, Texas 77074
    T: (281) 881-2475
    F: (713) 583-3100
    E: willie@williepowellslawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 99013244 - Page 7 of 8

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Willie Powells III on behalf of Willie Powells III
Bar No. 24053427
williepowells@yahoo.com
Envelope ID: 59273964
Status as of 11/18/2021 9:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barbara Lowrey | | barbara4williepowellslawfirm@gmail.com | 11/17/2021 8:49:00 PM | SENT |
| Alma Alvarez | | alma@williepowellslawfirm.com | 11/17/2021 8:49:00 PM | SENT |
| Lydia Medellin | | Lydia@williepowellslawfirm.com | 11/17/2021 8:49:00 PM | SENT |
| Angel Rillorta | | Angel@williepowellslawfirm.com | 11/17/2021 8:49:00 PM | SENT |
| Lorena Leonard | | lorena@williepowellslawfirm.com | 11/17/2021 8:49:00 PM | SENT |
| Danny Dinneen | | danny@williepowellslawfirm.com | 11/17/2021 8:49:00 PM | SENT |
| General EmailAccount | | lawfirmwilliepowells@williepowellslawfirrn.com | 11/17/2021 8:49:00 PM | SENT |
| Willie D.Powells, III | | willie@williepowellslawfirm.com | 11/17/2021 8:49:00 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 12, 2022

Certified Document Number:        99013244

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Certified Document Nu

**Issuance of Service Requested By:** Attorney/Party Name:  Willie D. Powells, III  Bar # or ID  24053427

Mailing Address:  One Arena Tower, 7322 S.W. Fwy, Suite 2010, Houston, Texas 77074

Phone Number:    281-881-2457

11/17/2021 8:49:00 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 59273964
By: MOMON, RHONDA M
Filed: 11/17/2021 8:49:00 PM

## Marilyn Burgess

2021-75587 / Court: 133

### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** ___Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice___

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** ___Metropolitan Transit Authority of Harris County___

Address of Service: ___Executive Office, 1900 Main St., Suite 14___

City, State & Zip: ___Houston, Texas 77002___

Agent (if applicable) ___Thomas Lambert___

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**     *Note:* The email registered with EfileTexas.gov must be
- [ ] **CERTIFIED MAIL by District Clerk**     used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.
williep@williepowellslawfirm.com
- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- [ ] **OTHER** _____

**Marilyn Burgess**

2021-75587 / Court: 133

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

11/17/2021 8:49:00 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 59273964
By: MOMON, RHONDA M
Filed: 11/17/2021 8:49:00 PM

## Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** ___Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice___

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** ___Metropolitan Transit Authority of Harris County___

Address of Service: ___Executive Office, 1900 Main St., Suite 14___

City, State & Zip: ___Houston, Texas 77002___

Agent (if applicable) ___Thomas Lambert___

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| [X] **Citation** | [ ] **Citation by Posting** | [ ] **Citation by Publication** | [ ] **Citations Rule 106 Service** |
| [ ] **Citation Scire Facias** | **Newspaper**_____ | | |
| [ ] **Temporary Restraining Order** | [ ] **Precept** | | [ ] **Notice** |
| [ ] **Protective Order** | | | |
| [ ] **Secretary of State Citation ($12.00)** | [ ] **Capias** (not by E-Issuance) | | [ ] **Attachment** (not by E-Issuance) |
| [ ] **Certiorari** | [ ] **Highway Commission ($12.00)** | | |
| [ ] **Commissioner of Insurance ($12.00)** | [ ] **Hague Convention ($16.00)** | | [ ] **Garnishment** |
| [ ] **Habeas Corpus** (not by E-Issuance) | [ ] **Injunction** | | [ ] **Sequestration** |
| [ ] **Subpoena** | | | |
| [ ] **Other (Please Describe)** _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:

[ ] **ATTORNEY PICK-UP** (phone) _____
[ ] **MAIL** to attorney  at: _____
[ ] **CONSTABLE**
[ ] **CERTIFIED MAIL by District Clerk**

[X] **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.
willie@williepowellslawfirm.com

[ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

[ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: ___Willie D. Powells, III___ Bar # or ID ___24053427___

Mailing Address: ___One Arena Tower, 7322 S.W. Fwy, Suite 2010___, Houston, Texas 77074

Phone Number: ___281-881-2457___



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 12, 2022

Certified Document Number:        99013246

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**Marilyn Burgess**

2021-75587 / Court: 133

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

11/17/2021 8:49:00 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 59273964
By: MOMON, RHONDA M
Filed: 11/17/2021 8:49:00 PM

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served:  __Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice__

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: ____ First Transit, Inc.

Address of Service: ____ 1999 Bryan St., Suite 900

City, State & Zip: ____ Dallas, Texas 75201

Agent (if applicable) ____ C T Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| [X] Citation | [ ] Citation by Posting | [ ] Citation by Publication | [ ] Citations Rule 106 Service |
| [ ] Citation Scire Facias | Newspaper_____ | | |
| [ ] Temporary Restraining Order | | [ ] Precept | [ ] Notice |
| [ ] Protective Order | | | |
| [ ] Secretary of State Citation ($12.00) | [ ] Capias (not by E-Issuance) | | [ ] Attachment (not by E-Issuance) |
| [ ] Certiorari | [ ] Highway Commission ($12.00) | | |
| [ ] Commissioner of Insurance ($12.00) | [ ] Hague Convention ($16.00) | | [ ] Garnishment |
| [ ] Habeas Corpus (not by E-Issuance) | [ ] Injunction | | [ ] Sequestration |
| [ ] Subpoena | | | |
| [ ] Other (Please Describe) _____ | | | |

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):

[ ] ATTORNEY PICK-UP (phone) _____       [X] E-Issuance by District Clerk
[ ] MAIL to attorney  at: _____       **(No Service Copy Fees Charged)**
[ ] CONSTABLE       *Note:* The email registered with EfileTexas.gov must be
[ ] CERTIFIED MAIL by District Clerk       used to retrieve the E-Issuance Service Documents.
                                            Visit www.hcdistrictclerk.com for more instructions.
                                            willie@williepowellslawfirm.com

[ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____

[ ] OTHER, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: __Willie D. Powells, III__ Bar # or ID __24053427__

Mailing Address: __One Arena Tower, 7322 S.W. Fwy, Suite 2010__, Houston, Texas 77074

Phone Number: ____281-881-2457____



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 12, 2022

Certified Document Number:        99013247

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

11/24/2021 1:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59469101
By: Iliana Perez
Filed: 11/24/2021 1:17 PM

## CAUSE NO. 2021-75587

| | | |
|---|---|---|
| **SHARON YASIN,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **FIRST TRANSIT, INC.,** | § | |
| *Defendant.* | § | **133ᴿᴰ JUDICIAL DISTRICT** |

## FIRST TRANSIT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, First Transit, Inc. Defendant in the above-styled and numbered cause of action, and files this Answer to the Original Petition of Plaintiff, Sharon Yasin, and would respectfully show the Court the following:

### I.
### GENERAL DENIAL

Defendant asserts a general denial under Rule 92 of the Texas Rules of Civil Procedure and requests Plaintiff prove her charges and allegations against Defendant by a preponderance of the evidence as required by the Constitution and the law of the State of Texas.

### II.
### AFFIRMATIVE DEFENSES

Defendant affirmatively pleads the application and benefits of the following statutes: § 41.105 of the Texas Civil Practice and Remedies Code, § 18.091 of the Texas Civil Practice and Remedies Code, and § 304.101, et seq, of the Texas Finance Code.

Certified Document Number: 99120727 - Page 2 of 4

### III.
### REQUESTS FOR DISCLOSURE

Defendant requests that Plaintiff disclose all of the information and material described in Texas Rule of Civil Procedure 194.2(b)(1)-(12) within thirty days of this request.

### IV.
### DEMAND FOR JURY TRIAL

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant hereby formally makes this demand for a jury trial.

### V.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, First Transit, Inc., prays Plaintiff takes nothing by reason of her suit and that Defendant recovers judgment against Plaintiff for a sum within the jurisdictional limits of this Court to compensate Defendant for all court costs, together with such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/ s / David A. Oubre*
DAVID A. OUBRE
Texas Bar No.: 00784704
EZRA L. FINKLE
Texas Bar No.: 24090754
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
david.oubre@lewisbrisbois.com
ezra.finkle@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT,
FIRST TRANSIT, INC.**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance the Texas Rules of Civil Procedure on November 24, 2021.

_/ s / David A. Oubre_
DAVID A. OUBRE

Certified Document Number: 99120727 - Page 3 of 4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tiffany Farr on behalf of David Oubre
Bar No. 784704
tiffany.farr@lewisbrisbois.com
Envelope ID: 59469101
Status as of 11/24/2021 2:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Willie Powells | 24053427 | willie@williepowellslawfirm.com | 11/24/2021 1:17:44 PM | SENT |
| Ezra L.Finkle | | ezra.finkle@lewisbrisbois.com | 11/24/2021 1:17:44 PM | SENT |
| Kathy Truong | | Kathy.Truong@lewisbrisbois.com | 11/24/2021 1:17:44 PM | SENT |
| Scott Mesorana | | Scott.Mesorana@lewisbrisbois.com | 11/24/2021 1:17:44 PM | SENT |
| Tiffany Farr | | tiffany.farr@lewisbrisbois.com | 11/24/2021 1:17:44 PM | SENT |
| David Oubre | | david.oubre@lewisbrisbois.com | 11/24/2021 1:17:44 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 12, 2022

Certified Document Number:        99120727

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Certified Document Number: 99140550 - Page 1 of 3

```
                                        Receipt Number: 913235
                                        Tracking Number: 73944233
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202175587

| | |
|---|---|
| PLAINTIFF: YASIN, SHARON | In the 133rd Judicial |
| vs. | District Court of |
| DEFENDANT: METRO TRANSIT AUTHORITY OF HARRIS COUNTY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: METROPOLITIAN TRANSIT AUTHORITY OF HARRIS COUNTY MAY BE SERVED BY SERVING ITS
REGISTERED AGENT THOMAS LAMBERT EXECUTIVE OFFICE

1900 MAIN STREET SUITE 14

HOUSTON TX 77002

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION JURY DEMAND AND RULE 193.7
NOTICE.

This instrument was filed on November 17, 2021, in the above numbered and styled
cause on the docket in the above Judicial District Court of Harris County, Texas, in
the courthouse in the City of Houston, Texas. The instrument attached describes the
claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
November 29, 2021.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
POWELLS, WILLIE D. III
7322 SW FRWY #2010
HOUSTON, TX  77074
281-881-2457

Bar Number: 24053427

Tracking Number: 73944233

CAUSE NUMBER: 202175587

PLAINTIFF: YASIN, SHARON                      In the 133rd

    vs.                                    Judicial District Court

DEFENDANT:   METRO   TRANSIT   AUTHORITY   OF      of Harris County, Texas
HARRIS COUNTY

OFFICER/AUTHORIZED PERSON RETURN

Came   to   hand   at   _____o'clock   _____.   M.,   on   the   _____   day   of
_____, 20_____.
Executed at (address) _____
in _____ County
at   _____   o'clock   _____.   M.,   on   the   _____   day   of
_____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation   together   with   the   accompanying   _____'   copy(ies)   of   the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To   certify   which   I   affix   my   hand   officially   this   _____   day   of
_____, 20 _____.

FEE:  $ _____              _____

                                     _____ of _____

County, Texas

_____     By: _____
         Affiant                                      Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN   TO   AND   SUBSCRIBED   BEFORE   ME   on   this   _____   of
_____, 20 _____

                                       _____

Certified Document Number: 99140550 - Page 2 of 3

Certified Document Number: 99140550 - Page 3 of 3

Notary Public



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 12, 2022

Certified Document Number:        99140550

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 202175587

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 913235  TRACKING NO: 73944235

| | |
|---|---|
| Plaintiff:<br>YASIN, SHARON<br>vs.<br>Defendant:<br>METRO TRANSIT AUTHORITY OF HARRIS COUNTY | In The 133rd<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    FIRST TRANSIT INC (IS A FOREIGN CORPORATION) MAY BE SERVE BY SERVING THROUGH ITS REGISTERED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN ST SUITE 900, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION JURY DEMAND AND RULE 193.7 NOTICE

This instrument was filed on November 17, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on November 29, 2021, under my hand and seal of said court.

Issued at the request of:

POWELLS, WILLIE D. III
7322 SW FRWY #2010
HOUSTON, TX  77074
281-881-2457
Bar Number: 24053427



Marilyn Burgess

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:RHONDA MOMON

Certified Document Number: 99140629 - Page 1 of 2

Tracking Number: 73944235

## CAUSE NUMBER: 202175587

| | |
|---|---|
| **PLAINTIFF: YASIN, SHARON** | **In the 133rd** |
| vs. | **Judicial District Court of** |
| **DEFENDANT: METRO TRANSIT AUTHORITY OF HARRIS COUNTY** | **Harris County, Texas** |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____        By_____
                 Affiant                                                                      Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

Certified Document Number: 99140629 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 12, 2022

Certified Document Number:        99140629

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**